UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR625-007 |
| | ) | |
| EFRAM TODD DONALDSON | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jack M. Downie, Sr.** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jack M. Downie, Sr.** be granted leave of absence for the following periods: May 27, 2025 through May 30, 2025; June 9, 2025; June 18, 2025; June 24 through June 26, 2025; and December 14, 2025 through December 20, 2025.

**SO ORDERED**, this the 22nd day of May, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA